AUSA: Philip Jacques   Telephone: (313) 226-9100
AO 91 (Rev. 11/11)  Criminal Complaint   Task Force Officer: James Reeves   Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

Corey Sims

Case No.

Case: 2:26−mj−30084
Assigned To : Unassigned
Assign. Date : 2/18/2026
Description: CMP USA V. SIMS (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 18, 2026__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm. |

This criminal complaint is based on these facts:
See the attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

James Reeves, Task Force Officer-ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __February 18, 2026__

_____
*Judge's signature*

City and state: __Detroit, Michigan__    Hon. Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

1. I, James Reeves, being first duly sworn, hereby state:

**Introduction**

2. I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct investigations and make arrests of offenses enumerated under federal law.

3. I have been a Task Force Officer with the Bureau of Alcohol, Tabacco, Firearms and Explosives (ATF) since December 2023, and I have had extensive law enforcement training, to include graduation from the Detroit Police Department Training Center, completing ATF federal task force officer training, machine gun conversion device manufacturing and recognition training, and other various in-house and on the job training. Prior to becoming a Task Force Officer with the ATF, my tenure as a police officer and detective with the City of Detroit, in Michigan, is

approximately 7 years.

4. As an ATF Task Force Officer, I have participated in criminal investigations, including investigations involving firearms, armed drug tracking violations, and criminal street gangs. I am familiar with a variety of investigative techniques and resources, including physical and electronic surveillance, undercover operations, and cooperating sources.

5. This affidavit is made in support of an application for a criminal complaint for Corey Sims.

6. I have probable cause to believe that SIMS, knowingly possessed a firearm as a convicted felon on February 18, 2026, in violation of 18 U.S.C. § 922(g)(1).

7. I make this affidavit based on my participation in this investigation, interviews conducted by myself and other law enforcement agents, reports from other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience.

8. The information in this affidavit is for the limited purpose of establishing probable cause and does not contain all details or all facts relating to this investigation.

9. On February 3, 2026, police officers responded to the Target Premises for a wellbeing check after SIMS' niece ("the victim") called 911 and hung up. When officers arrived at the scene, SIMS' house, the victim stated that she and SIMS got into a verbal argument, but nothing further occurred. Officers then left the location. Approximately 45 minutes later, the victim's mother, Lydia Sims, called 911 and stated that SIMS had pulled a gun out on the victim during a verbal argument. Officers returned and spoke with SIMS' mother, Vickie Stringfellow, who stated that the argument was only verbal. The victim stated that no weapon was involved, prompting officers to leave the location without making an arrest.

10. Lydia Sims later advised MDOC Agent(s) that the victim was coerced by her grandmother (Vickie Stringfellow) to not report the incident involving the firearm to the police. On February 6, 2026, the victim provided a statement to MDOC Agent(s) about the February 3rd incident. She stated during an argument, SIMS lifted up his shirt and displayed a firearm. The victim reported that she called the police after seeing the firearm but did not tell the officers about the gun, because she was coerced by her grandmother.

11. Officers spoke with Lydia Sims and the victim at their residence. During the interview, Lydia Sims repeated that the victim contacted her on February 3, 2026, regarding SIMS brandishing a firearm during an argument. The victim stated to officers that she and SIMS had been arguing all day, and SIMS went to his bedroom and returned with a firearm. SIMS brandished the firearm then walked to the door and began loading ammunition into the firearm. After loading the firearm, SIMS sat across from Ms. Bonds with the firearm still out. The victim called 911. Prior to speaking to responding officers, her grandmother told her to tell the police that she was arguing with SIMS, but that nothing happened. The grandmother told the victim that she does not want Sims to go to jail. The victim described the firearm as a black revolver.

12. On February 17, 2026, TFO Reeves obtained a Federal Search Warrant (FSW) authorized by Judge Patricia Morris, for the SIMS registered address of XXX23 Hopkins Street, Dearborn Heights Michigan. On February 18, 2026, Members of the ATF and assisting agencies executed said FSW. SIMS was home at the time, and agents detained him during the execution and search of the residence

commenced. During the search, agents found a firearm in SIMS' bedroom. The firearm is a DTP Double Tap 9mm, serial: DA1301, containing live ammunition, consistent with the firearm the victim described. Prior to the discovery of the firearm, agents observed SIMS exit that bedroom.

13. Inside SIMS' bedroom agents also found mail addressed to him. Vickie Stringfellow who was present during the search warrant, advised agent(s) that SIMS stays in the bedroom where the DTP firearm was located. Agents found a second firearm, a Mossberg 12 Gauge, serial: V1186336, in the bedroom across the hall from SIMS' bedroom, underneath the mattress. Additionally, agents found live ammunition inside the home and the garage. Agents arrested SIMS and transported to Brewery Park for processing.

14. In 2007, SIMS was convicted in Oakland County's Sixth Circuit Court of Felony, financial transaction device- stealing / retaining without consent and malicious destruction of property. SIMS was sentenced to 6 months jail and 2 years of probation.

15. In 2009, SIMS was convicted in Elkhart County's Thirty-fourth District Court of two counts, dealing cocaine or narcotic drugs and

was sentenced to 345 days jail and 8 years of probation.

16. In 2014, SIMS was convicted in Wayne County's Third Circuit Court of weapons carrying concealed. and was sentenced to 30 days jail.

17. In 2020, SIMS was arrested in Dearborn Heights and charged with assault with intent to murder, assault with intent to do great bodily harm less than murder, firearms possession by a felon, felonious assault, and felony firearm. In November of 2022, he pled guilty to weapons carrying concealed.

18. Law enforcement inquiry shows that Sims is actively on probation, expiration status of June 27, 2028. Per conditions of his probation, he must not own, use or have under his control or area of control a weapon of any type. Furthermore, SIMS is a convicted felon, prohibiting him from possessing firearms.

19. On February 18, 2026, I contacted ATF Interstate Nexus Expert Special Agent Kara Klupacs and provided information about the DTP Double Tap 9mm, serial: DA1301. SA Klupacs concluded that the firearm was manufactured outside the State of Michigan and therefore traveled in and affected interstate commerce. Further, she opined that the revolver is a firearm as defined in 18 U.S.C. § 921(a)(3).

## CONCLUSION

20. Probable cause exists that Corey SIMS, a convicted felon, was in possession of the above-described firearm. Given SIMS previous felony conviction, prior felony firearm arrest, probable cause also exists that SIMS knew he had previously been convicted of an offense punishable by more than a year imprisonment. Therefore, probable cause exists that Corey Cornelius SIMS committed 18 U.S.C. § 922(g)(1) (felon in possession of a firearm), (the "Target Offense"), within the Eastern District of Michigan.

Respectfully submitted,

_____
James Reeves
Task Force Officer
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Hon. Anthony P. Patti
United States Magistrate Judge

Date:  February 18, 2026